IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARTURO DE JESUS SALAZAR AGUILAR, | : :  : |
| Plaintiff, | : Civil Action Number: : |
| vs. | : 1:13-cv-00771-AT : |
| LA MEJOR DE MICHOACAN INCORPORATED and MANUEL MEDRANO, | : : : : |
| Defendants. | : : |

**JOINT MOTION FOR REVIEW AND APPROVAL
OF SETTLEMENT AGREEMENT**

Plaintiff and Defendants, by and through the undersigned counsel, respectfully request that the Court review and approve the Settlement Agreement and Release of Claims that the Parties have reached, and show the Court as follows:

1.

This is a wage and hour case. The Complaint, [Dkt. 1] alleges that Defendants violated the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201 *et seq.* ("the FLSA") when they failed to compensate Plaintiff at one and one half times his regular rate for work performed in excess of forty hours in any week. In their Answer, [Dkt. 9] Defendants denied Plaintiff's allegations.

2.

Based upon the understandings and assessments of each party, the Parties, acting at arms length and in good faith, have negotiated and entered into a settlement agreement titled "Settlement Agreement and Release of Claims".  A true and correct copy of this Settlement Agreement and Release of Claims is attached hereto and incorporated herein as Attachment "A".

3.

Pursuant to *Lynn's Food Stores, Inc. v. United States of Am.,* 679 F.2d 1350, 1353 (11th Cir. 1982), judicial approval is required to give effect to Plaintiff's release of his FLSA claims, which is material to the Settlement Agreement and Release of Claims.

4.

The Parties request that the Court review and approve the attached Settlement Agreement and Release of Claims.

5.

The Settlement Agreement and Release of Claims is a fair and reasonable resolution of a dispute concerning the amount of overtime compensation due Plaintiff.

6.

The amount of back pay and liquidated damages set forth in the Settlement Agreement and Release of Claims is one hundred percent of the maximum amount that the Plaintiff estimates he could recover if he were successful at trial.

7.

The amount of attorneys' fees and costs set forth in the Settlement Agreement and Release represents legal work that was necessary to the prosecution of this case at reasonable rates for employment law attorneys in Atlanta.

8.

If the Court approves the Settlement Agreement and Release of Claims and payment in full is made, the Plaintiff will file a Stipulation of Dismissal of this case with prejudice.

9.

The Parties further request that the Court incorporate the Settlement Agreement and Release of Claims into its Order granting this Motion and retain jurisdiction over this matter until the terms set forth in Paragraph 1 of the Settlement Agreement and Release have been met.

10.

For the Court's convenience, a proposed Order granting this Motion is filed herewith.

WHEREFORE, the Parties respectfully request that the Court review and approve their Settlement Agreement and Release of Claims.

Respectfully submitted,

| | |
|---|---|
| *s/ Kevin D. Fitzpatrick, Jr.* | *s/ Ashley D. Bell* |
| Kevin D. Fitzpatrick, Jr. | Ashley D. Bell |
| Georgia Bar No. 262375 | Georgia Bar No. 143061 |
| Charles R. Bridgers | |
| Georgia Bar No. 080791 | |
| | |
| **DELONG CALDWELL BRIDGERS & FITZPATRICK, LLC** | **BELL & WASHINGTON, LLP** |
| 3100 Centennial Tower | 539 Green Street |
| 101 Marietta Street | Gainesville, Georgia  30501 |
| Atlanta, Georgia  30303 | (770) 535-8383 |
| (770) 979-3150 | (678) 228-1810 (facsimile) |
| (770) 979-3170 (Fax) | Gainesville@bellwashington.com |
| kevin.fitzpatrick@dcbflegal.com | |
| charlesbridgers@dcbflegal.com | |
| | |
| Counsel for Plaintiff | Counsel for Defendants |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ARTURO DE JESUS SALAZAR AGUILAR,** : | |
| : | |
| **Plaintiff,** : | **Civil Action Number:** |
| : | |
| vs. : | **1:13-cv-00771-AT** |
| : | |
| **LA MEJOR DE MICHOACAN INCORPORATED and MANUEL MEDRANO,** : | |
| : | |
| **Defendants.** : | |

## CERTIFICATE OF COUNSEL

Pursuant to LR 7.1 NDGa the below signatory attorney certifies that this pleading was prepared with Times New Roman (14 point), one of the fonts and point selections approved by the Court in LR. 5.1 C. NDGa.

>  *s/ Kevin D. Fitzpatrick, Jr.*
>  Kevin D. Fitzpatrick, Jr.
>  Georgia Bar No.: 262375

5

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARTURO DE JESUS SALAZAR AGUILAR, | : <br> : <br> : |
| Plaintiff, | : Civil Action Number: <br> : |
| vs. | : 1:13-cv-00771-AT <br> : |
| LA MEJOR DE MICHOACAN INCORPORATED and MANUEL MEDRANO, | : <br> : <br> : <br> : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2013, I electronically filed the within and foregoing Joint Motion For Review and Approval of Settlement Agreement with the Clerk of the Court using the CM/ECF System, which will automatically send notification of filing to counsel for all counsel of record, including:

Ashley D. Bell

*s/Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Georgia Bar No.: 262375

6