IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARTURO DE JESUS SALAZAR AGUILAR, | : : : |
| Plaintiff, | : Civil Action Number: : |
| vs. | : 1:13-cv-00771-AT : |
| LA MEJOR DE MICHOACAN INCORPORATED and MANUEL MEDRANO, | : : : : |
| Defendants. | : |

ORDER

The Parties having moved for Court review and approval of the their Settlement Agreement and Release of Claims ("the Settlement") and it appearing to that the Settlement is a fair and reasonable resolution of the Parties' FLSA dispute; it is **ORDERED** that the Parties' Motion is **GRANTED**, and that the Settlement is approved and incorporated herein. The Court shall retain jurisdiction over this matter until the terms of paragraph 1 of the Settlement Agreement and Release of Claims have been met.

IT IS SO ORDERED, this 6th day of August 2013.

_____
Honorable Amy Totenberg
U.S. DISTRICT COURT JUDGE